UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 20-1371-MWF(PJWx)**                           Dated: **October 14, 2022**

Title:       Edmond Neal -v- Walmart Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR CROSS-CLAIMANT:       ATTORNEYS PRESENT FOR CROSS-DEFENDANT:

Not Present                                 Not Present

**PROCEEDINGS (IN CHAMBERS):      COURT ORDER**

In light of the Notice of Settlement [94], the Court sets a hearing on Order To Show Cause Re Dismissal for November 21, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.