JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALMART INC., <br><br>              Cross-Complainant, <br><br> vs. <br><br> WIND CHIME PROPERTIES, L.P.; and ROES 1 to 10, <br><br>              Cross-Defendants. | Case No.: 2:20-cv-01371-MWF-PJW <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ONE CLAIM WITH PREJUDICE AND ALL OTHERS WITHOUT PREJUDICE** |

Pursuant to the Mandatory Settlement Conference and settlement and terms reached on the record on October 7, 2022, before the Honorable Magistrate Judge Jean P. Rosenbluth, and having considered Cross-Complainant Walmart Inc.'s ("Walmart") and Cross-Defendant Wind Chime Properties, L.P.'s ("Wind Chime") Joint Stipulation, the Court hereby ORDERS THAT:

1.     Walmart's First Claim for Express Contractual Indemnity solely for reimbursement for fees and costs of the *Neal* case is dismissed, with prejudice, but does not include other charge backs, accounting adjustments, ADA remediation needed, nor breaches of the lease between Wind Chime and Walmart; and,

2.     All other claims, including the Second Claim for Breach of Contract, Third Claim for Accounting, and Fourth Claim for Declaratory Relief, are dismissed,

*without prejudice*, and these claims and all other issues between Walmart and Wind Chime are subject to negotiations between the parties through another process.

The Parties will bear their own fees and costs.

**IT IS HEREBY ORDERED.**

Dated:  November 21, 2022

MICHAEL W. FITZGERALD
United States District Judge

506221821.1